940

No. 660, Misc. AVEY v. BOSLOW, INSTITUTION DIRECTOR, ET AL. Ct. App. Md. Certiorari denied. *Karl G. Feissner* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, and *Franklin Goldstein,* Assistant Attorney General, for respondent.

No. 662, Misc. HARRIS v. RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. *Francis Conklin* for petitioner.

No. 665, Misc. WEBB v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 670, Misc. LUDWIG v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 671, Misc. SPRY v. OBERHAUSER ET AL. Sup. Ct. Cal. Certiorari denied.

No. 674, Misc. MOORE v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 675, Misc. TRAILOR v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 676, Misc. HOGUE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 678, Misc. ALLEN v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 682, Misc. CARROLL v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.